IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES EARL LLOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 2:05cv007-T |
| | ) (WO) |
| HI-RIDGE TRANSPORT, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

The court having been informed that this cause is now
settled,it is the ORDER, JUDGMENT, and DECREE of the
court that this lawsuit is dismissed in its entirety with
prejudice, with the parties to bear their own costs and
with leave to the parties, within 45 days, to stipulate
to a different basis for dismissal or to stipulate to the
entry of judgment instead of dismissal, and with leave to
any party to file, within 45 days, a motion to have the
dismissal  set  aside  and  the  case  reinstated  or  the

settlement    enforced,    should    the    settlement    not    be

consummated.

The  clerk  of  the  court  is  DIRECTED  to  enter  this

document on the civil docket as a final judgment pursuant

to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 21st day of October, 2005.


    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE